# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OZZIE PASKELL, | CASE NO. 1:10-CV-01419-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 9) |
| WASCO STATE PRISON, | RESPONSE DUE WITHIN EIGHTEEN DAYS |
| Defendant. | |

Plaintiff Ozzie Paskell ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff filed his complaint on August 9, 2010. The Court screened Plaintiff's complaint on April 7, 2011, and dismissed the complaint for failure to state a claim, with leave to amend within thirty days. As of the date of this order, Plaintiff has failed to respond.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within eighteen (18) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to show cause or otherwise respond will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:  May 26, 2011         /s/ Dennis L. Beck
                             UNITED STATES MAGISTRATE JUDGE